**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

In Re:                                                            )
BENTON COUNTY CITIZENS FOR         )
THE DEVELOPMENTALLY DISABLED,  )   Case No. 00-20708-DRD
            Debtor.                                          )

**AMENDED MOTION FOR APPROVAL OF TRUSTEE'S PAYMENT
OF ESTATE PROCEEDS INTO THE COURT REGISTRY**

COMES NOW, John C. Reed, Trustee in the above-identified Chapter 7 bankruptcy proceeding, and hereby moves the Court pursuant to Bankruptcy Rule 3011 and Local Rule of Procedure 3011, for authority for the Trustee to pay into the Bankruptcy Court Registry monies which Trustee has been unable to distribute to creditors in the bankruptcy proceeding. Trustee files this Amended Motion in that the filing of the previous Motion prompted one of the creditors to contact the Trustee and the Trustee has now been able to distribute money to that creditor. As to the remaining creditors, Trustee states as follows:

1. Pursuant to this Court's Order on March 16, 2004, undersigned Trustee cut checks to all those persons authorized to receive distribution from the bankruptcy estate.

2. Pursuant to said Order, the undersigned Trustee cut checks to the following individuals in the following amounts:

| Name | Claim No. | Regular Distribution | Interest |
|---|---|---|---|
| Linda Collins | 35 | $619.71 | $ 91.64 |
| Ellon Reeves | 70 | 165.87 | 24.53 |

The checks to the above-identified individuals have not been cashed. Trustee has stopped payment on the checks.

3. Trustee has attempted to investigate in order to determine how to get the monies to the appropriate individuals. Linda Collins has apparently moved and left no forwarding

address and Trustee's attempt to track her down has been fruitless. Ellon Reeves is apparently deceased and as far as Trustee can determine, no estate has been opened.

4. In order to Trustee to be able to close out this estate, Trustee requests the Court authorize Trustee to pay $901.75 into the Court Registry representing those funds that Trustee is unable to pay directly to these creditors.

WHEREFORE, Trustee prays that this Court enter its Order authorizing the Trustee to pay into the Court Registry the sum of $901.75 and for such further relief as the Court deems just and proper.

PLETZ AND REED, P.C.

By: /s/ John C. Reed
John C. Reed, Trustee
325 Jefferson Street
Post Office Box 1048
Jefferson City, MO 65102
Telephone: (573) 635-8500
Facsimile: (573) 634-3079

## CERTIFICATE OF SERVICE

I certify that on the 14th day of September, 2004, a true copy of the above and foregoing Amended Motion for Approval of Trustee's Payment of Estate Proceeds into the Court Registry was sent by United States mail, postage prepaid, to the United States Trustee, C. E. Whittaker U.S. Courthouse, 400 East 9th Street, Room 3440, Kansas City, MO 64106; Linda Collins, 810 Kennedy, Warsaw, MO 65355; Ellon Reeves, General Delivery, Warsaw, MO 65355; Eddie Thompson, 514 Wood Street, Warsaw, MO 65355.

/s/ John C. Reed